UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN THE MATTER OF:

RYAN PAUL LANG
SUSAN KAY LANG,

    Debtors.

265 Delta Road
Freeland, MI 48623
XXX-XX-5199
XXX-XX-1353
_____/

Case No. 14-20412-DOB
Honorable DANIEL S. OPPERMAN
Chapter 13

## NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON THE MATRIX

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of KILPATRICK & ASSOCIATES, P.C., hereby appears as counsel for Neighborhood Mortgage Solutions, LLC, and pursuant to Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon them at the following address: Kilpatrick & Associates, P.C., 903 N. Opdyke Road, Suite C, Auburn Hills, Michigan, 48326.

Respectfully submitted;

**KILPATRICK & ASSOCIATES, P.C.**

By: /s/ _____
MICHAEL P. HOGAN, ESQ. (P63074)
DREW P. MILLTELLO, ESQ. (P73610)
Attorneys for Creditor Neighborhood Mortgage Solutions, LLC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

Date: March 17, 2014